UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL GENZBURG AND KIM GENZBURG,

                          Plaintiff(s),          **VERIFIED ANSWER**

      -against-                             Index No. 07CV6070

TRACI J. FISCHER,

                          Defendant(s).

The defendant(s), TRACI J. FISCHER, answering the Complaint of the plaintiff(s) herein:

### AS AND FOR THE FIRST CAUSE OF ACTION

    FIRST:    Admits each and every allegation in the paragraphs of the complaint designated as follows: "7".

    SECOND:    Denies each and every allegation in the paragraphs of the complaint designated as follows: "11", "12", "13", "14", "15", "16" and "17".

    THIRD    Denies any knowledge or information sufficient to form a belief as to the truth of any of the allegations contained in the paragraphs of the Complaint designated as follows: "1", "2", "3", "5", "6", "8", "9" and "10".

    FOURTH:    Denies each and every allegation contained in the paragraphs of the complaint designated as follows, and refers all questions of law to the Court: "4".

### AS AND FOR THE SECOND CAUSE OF ACTION

    FIFTH:    Repeat, reiterate and reallege all admissions and denials contained in the foregoing answer which are set forth in answer to all the allegations contained in

-1-

all the paragraphs of the Complaint designated as follows: "18" ("1", "2", "3", "5", "6", "7", "8", "9", "10", "11", "12", "13", "14", "15", "16" and "17").

SIXTH:    Denies each and every allegation in the paragraphs of the Complaint designated as follows: "20" and "21".

Denies any knowledge or information sufficient to form a belief as to the truth of any of the allegations contained in the paragraphs of the Complaint designated as follows: "19".

AS AND FOR A FIRST SEPARATE, AND COMPLETE AFFIRMATIVE DEFENSE

SEVENTH:    That whatever damages, personal injury, injury to property, or wrongful death plaintiff(s) and/or plaintiff's decedent may have sustained, if any, at the time and place alleged in the Complaint herein, or any amendments thereto, if not caused in whole by the carelessness, negligence, assumption of risk and culpable conduct of the plaintiff(s) and/or plaintiff's decedent, were then caused by the carelessness, negligence, culpable conduct and want of care on the part of the plaintiff(s) and/or plaintiff's decedent; and if any carelessness, negligence or culpable conduct upon the part of defendant(s) caused or contributed to such injury or wrongful death and damages of plaintiff(s) and/or plaintiff's decedent, such on the part of defendant(s) bore only a slight proportion to the entire negligence and culpable conduct attributable to both plaintiff(s) and/or plaintiff's decedent in causing the accident and any damages sustained.

AS AND FOR A SECOND SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

EIGHTH:    That by entering into the activity in which the plaintiff, MARILYN MOLINA, was engaged at the time of the occurrence set forth in the Verified

Complaint, said plaintiff knew the hazards hereof and the inherent risks incident thereto and had full knowledge of the dangers thereto; that whatever injuries and damages were sustained by the plaintiff herein as alleged in the Verified Complaint arose from and were caused by reason of such risks voluntarily undertaken by the plaintiff in his/her activities and such risks were assumed and accepted by him/her in performing and engaging in said activities.

<u>AS AND FOR A THIRD SEPARATE, AND COMPLETE AFFIRMATIVE DEFENSE</u>

<u>NINTH</u>: Plaintiff failed to take all reasonable measures to reduce, mitigate and/or minimize the damages alleged.

<u>AS AND FOR A FOURTH SEPARATE, AND COMPLETE AFFIRMATIVE DEFENSE</u>

<u>TENTH</u>: Plaintiff('s/s') recovery, if any, shall be reduced by the amount of any collateral source payments received, in accordance with CPLR 4545.

<u>AS AND FOR A FIFTH SEPARATE, AND COMPLETE AFFIRMATIVE DEFENSE</u>

<u>ELEVENTH</u>: The above-entitled action is subject to the provisions of CPLR Article 16.

<u>AS AND FOR A SIXTH SEPARATE, AND COMPLETE AFFIRMATIVE DEFENSE</u>

<u>TWELFTH</u>: If it is determined that the plaintiff(s), failed to use available seat belts, defendant(s), pleads said fact in mitigation of damages.

**WHEREFORE**, defendant(s), TRACI J. FISCHER, demands judgment against plaintiff(s) dismissing the Verified Complaint herein as against the defendant, together with the costs and disbursements of this action.

Dated:   Hauppauge, New York
         August 3, 2007

>
> Yours, etc.,
> **DeSENA & SWEENEY, LLP**
> By:
>
> ROBERT P. SWEENEY, ESQ. (0427)
> Attorneys for Defendant(s)
> TRACI J. FISCHER
> 1383 Veterans Memorial Highway
> Suite 32
> Hauppauge, New York 11788
> 631-360-7333
> File No.: 07SF0131SO
> Claim No.: 30-V862-400

STATE OF NEW YORK, COUNTY SUFFOLK

The undersigned, an attorney admitted to practice in the Courts of New York State, shows: affirmant is ROBERT P. SWENEEY, an attorney in the law firm of **DeSENA & SWEENEY, LLP.,** attorney of record for TRACI J. FISCHER, in the within action; affirmant has read the foregoing ANSWER and knows the contents thereof; the same is true to affirmant's own knowledge, except as to the matters therein stated to be alleged on information and belief and that as to those matters affirmant believes it to be true. This verification is made by affirmant and not by TRACI J. FISCHER, in that he is not within the County where undersigned has his office.

The grounds of affirmant's belief as to all matters not stated upon affirmant's knowledge are as follows: investigations made relative to the subject matter, information and records, in his file.

The undersigned affirms that the foregoing statements are true, under the penalties of perjury.

Dated:  Hauppauge, New York
          August 3, 2007

                                                                                                                                              _____
                                                                    ROBERT P. SWEENEY, ESQ. (0427)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL GENZBURG AND KIM GENZBURG,

                    Plaintiff(s),

        -against-

TRACI J. FISCHER,

                    Defendant(s).

**AFFIDAVIT OF SERVICE**

Index No. 07CV6070

STATE OF NEW YORK, COUNTY OF SUFFOLK

Siobhan K. Geosits, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at Selden, New York.

On                                    deponent served the within **VERIFIED ANSWER** upon the attorney(s) and/or the parties listed herein, at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in - a post office - official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Terilli & Tintle, PLLC
Attorney(s) for Plaintiff(s)
225 Broadway, Suite 2812
New York, NY 10007
(212) 962-6454

                                                      Siobhan K. Geosits

Sworn to before me this        day
of                          , 2007

     NOTARY PUBLIC