UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL GENZBURG AND KIM GENZBURG,

                        Plaintiff(s),        **NOTICE OF APPEARANCE**

       -against-                       Index No.  07CV6070

TRACI J. FISCHER,

                        Defendant(s).

**SIR(S):**

       **PLEASE TAKE NOTICE**, that the defendants, TRACI J. FISCHER, hereby appear in the above captioned action, and that the undersigned has been retained as Attorneys for said Defendants and demands pursuant to CPLR 3012 (b) that a copy of the Complaint and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:   Hauppauge, New York
           August 3, 2007

                                                          Yours, etc.,

Terilli & Tintle, PLLC                  **DeSENA & SWEENEY, LLP**
Attorney(s) for Plaintiff(s)
225 Broadway, Suite 2812
New York, NY 10007                   ROBERT P. SWEENEY, ESQ. (0427)
(212) 962-6454                             Attorney(s) for Defendant(s)
                                                          TRACI J. FISCHER
                                                          1383-32 Veterans Memorial Highway
                                                          Hauppauge, New York 11788
                                                          (631) 360-7333
                                                          File Number:  07SF0131SO
                                                          Claim Number:  30-V862-400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL GENZBURG AND KIM GENZBURG,

                Plaintiff(s),

-against-

TRACI J. FISCHER,

                Defendant(s).

**AFFIDAVIT OF SERVICE**

Index No. 07CV6070

STATE OF NEW YORK, COUNTY OF SUFFOLK

Siobhan K. Geosits, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at Selden, New York.

On _____ deponent served the within **NOTICE OF APPEARANCE** upon the attorney(s) and/or the parties listed herein, at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in – a post office – official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Terilli & Tintle, PLLC
Attorney(s) for Plaintiff(s)
225 Broadway, Suite 2812
New York, NY 10007
(212) 962-6454

                                                  Siobhan K. Geosits

Sworn to before me this _____ day
of _____, 2007

       NOTARY PUBLIC