```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

PAUL GENZBURG,                :       07 Civ. 6070 (SHS)

                Plaintiff,     :

      -against-                  :       ORDER

TRACY J. FISCHER,            :

                Defendant.    :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.    The next pretrial conference will be held on November 8, 2007, at 10:00 a.m.;

      2.    The last day for completion of fact discovery is November 9, 2007;

      3.    The last day for completion of expert discovery is January 11, 2008; and

      4.    If any discovery disputes arise, the parties shall notify the Court, in writing, far enough in advance for the dispute to be resolved and the discovery taken before November 9, 2007.

Dated: New York, New York
       August 9, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.