# DeSena & Sweeney, LLP

**Louis J. DeSena, Esq.**
**Robert P. Sweeney, Esq.**

*1383-32 Veterans Memorial Highway*
*Hauppauge, New York 11788*
*(631) 360-7333*

**James D. Bruckner, Esq.**
**Linda M. Chetkof, Esq.**
**Christopher J. Lanigan, Esq.**
**Shawn P. O'Shaughnessy, Esq.**
**Greta S. Boldi, Esq.**
**Dolores M. Iannarone, Esq.**
**Elke E. Mirabella, Esq.**

**Stanford Kaplan, Esq.**
**Ellen Marcus, Esq.**
*Of Counsel*

October 22, 2007

**Via ECF**

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Attn: Hon. Sidney H. Stein

        **RE:** Genzburg v. Fischer
        **Civil Index Number:** 07 CV 6070

Hon. Stein:

This office represents the defendant in the above referenced matter. I write to request a sixty (60) day extension of the November 9, 2007 discovery deadline and a corresponding adjournment of the settlement conference presently scheduled for November 8, 2007. The depositions of all parties were completed on October 12, 2007 and the Independent Medical Evaluation(s) (IMEs) of the plaintiff remain outstanding.

A copy of this letter application is being sent to plaintiff's counsel via facsimile. Thank you.

        Very truly yours,

        SHAWN P. O'SHAUGHNESSY (SO-6081)

SPO:sid
cc: Terilli & Tintle, PLLC Via Facsimile (212) 962-6045