# DeSena & Sweeney, LLP

LOUIS J. DESENA, ESQ.
ROBERT P. SWEENEY, ESQ.

1383-32 Veterans Memorial Highway
Hauppauge, New York 11788
(631) 360-7333

JAMES D. BRUCKNER, ESQ.
LINDA M. CHETKOF, ESQ.
CHRISTOPHER J. LANIGAN, ESQ.
SHAWN P. O'SHAUGHNESSY, ESQ.
GRETA S. BOLDI, ESQ.
DOLORES M. IANNARONE, ESQ.
ELKE E. MIRABELLA, ESQ.

STANFORD KAPLAN, ESQ.
ELLEN MARCUS, ESQ.
*Of Counsel*

RECEIVED
NOV - 6 2007
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

November 6, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/07

VIA FACSIMILE - 212-805-7924
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Attn: Hon. Sidney H. Stein

RE: Genzburg v. Fischer
Civil Index Number: 07 CV 6070

Hon. Stein:

This office represents the defendant in the above referenced matter. I write to request a sixty (60) day extension of the November 9, 2007 discovery deadline and a corresponding adjournment of the settlement conference presently scheduled for November 8, 2007. The depositions of all parties were completed on October 12, 2007 and the Independent Medical Evaluation(s) (IMEs) of the plaintiff remain outstanding.

A previous request was sent via ECF on October 22, 2007.

A copy of this letter application is being sent to plaintiff's counsel via facsimile. Thank you.

Very truly yours,

SHAWN P. O'SHAUGHNESSY
(SO-6081)

SPO:vh
cc: Terilli & Tintle, PLLC Via Facsimile (212) 962-6045

*Pretrial conference at 11/8 at 10 AM*

SO ORDERED 11/6/07

SIDNEY H. STEIN
U.S.D.J.