```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

PAUL GENZBURG, *ET ANO*,                :        07 Civ. 6070 (SHS)

               Plaintiff,          :

    -against-                                    :        <u>ORDER</u>

TRACI J. FISCHER,                               :

              Defendant.       :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.      The last day for completion of discovery is extended to December 14, 2007; and

      2.      There will be a pretrial conference on December 14, 2007, at 10:00 a.m.

Dated: New York, New York
           November 8, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.