

TERILLI & TINTLE, PLLC
COUNSELORS AT LAW

225 BROADWAY, SUITE 2812, NEW YORK, NEW YORK 10007 ; TEL (212) 962-6454 : FAX (212) 962-6045
WWW.TANDTLAWYERS.COM

December 6, 2007

Hon Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007
**Via FACSIMILE 212-805-7924**

Re: Genzburg v. Fischer
07 CV 6070 (SHS)

Dear Judge Stein:

    As you are aware this office represents the plaintiffs in the above action. Please accept this letter in response to the letter of defense counsel Shawn P. O'Shaughnessy, received by this office earlier today via fax.

    The plaintiff is head of Security for Mr. George Soros and has an extensive travel schedule. The defendants scheduled medical examinations for December 4, 2007 without first checking with my office and the plaintiff was not available. This office immediately sought to reschedule and a Neurological examination is scheduled for Monday December 10, 2007. However the Orthopaedic Surgeon selected by the defendants does not have any availability until January 15, 2008.

    The plaintiffs do not feel that any adjournments are necessary at this time and oppose the application seeking further delay. At the last conference I advised Mr. O'Shaugnessy that the plaintiff had been treated solely by a Neurologist for the injuries he sustained in this accident and never treated with an Orthopaedist. I requested that the Ortho examination be cancelled, and I was told that Mr. O'Shaugnessy would let me know. To date, I have not heard from him.

Respectfully,

Myles L. Tintle III

CC: DeSena & Sweeney, LLP via facsimile (631) 360-3763

---

*Handwritten note from Judge:*

12/6/07
Last date for discovery extended to Jan 25, pretrial conf adjourned from Dec 14 to Jan 25 at 10 A.M. No further adjournments.

So ordered,
[signature]
USDJ