UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
PAUL GENSBURG and KIM GENSBURG,

        Plaintiffs,          **STIPULATION OF DISCONTINUANCE**

  - against -

                                                                   07cv6070(SHS)

TRACI J. FISCHER,

        Defendants,
---------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by the plaintiffs, PAUL GENSBURG and KIM GENSBURG, by the undersigned attorneys of record in the above entitled action, whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that plaintiffs' action against the above named defendant, be and the same hereby is discontinued with prejudice without costs subject to consummation of settlement. A copy is deemed an original for purposes of this stipulation. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:    New York, New York
             January 4, 2008

**TERILLI & TINTLE, PLLC**
Attorneys for Plaintiffs
PAUL GENSBURG and
KIM GENSBURG

By: _____
**MYLES L. TINTLE (9740)**
225 Broadway- Suite 2812
New York, NY 10007
(212) 962-6454